**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | |
| | CASE NO. 18-00045 MCF |
| EMMANUEL ANDINO ALEJANDRO | Chapter 7 |
| LIZMARIEZ SIERRA DEL VALLE | |
| XXX-XX-6427 | |
| XXX-XX-8746 | |
| | **FILED & ENTERED ON 3/9/2018** |
| Debtor(s) | |

**ORDER**

The Reaffirmation Agreement filed by Debtors and RELIABLE FINANCIAL SERVICES, INC., (dockets #16 & #17) is hereby approved.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 09 day of March, 2018.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge